IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA JOHNSON, | ) | |
| Plaintiff, | ) | 4:05cv3245 |
| v. | ) | |
| ALLMAND BROS, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 31, 2005, file their Report of Parties' Planning Conference.

DATED October 12, 2005.

/s/   *David L. Piester*
United States Magistrate Judge