IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3245 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLMAND BROS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's oral motion for time is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to November 23, 2005.

DATED this 15th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge