```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

RITA JOHNSON,                  )
                               )
          Plaintiff,           )         4:05CV3245
                               )
     v.                        )
                               )
ALLMAND BROS,                  )         MEMORANDUM AND ORDER
                               )
          Defendant.           )
                               )
```

This matter is before the court *sua sponte*. On October 12, 2005, the parties were directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting on or before October 31, 2005. Filing 8. On November 15, 2005, the deadline was extended to November 23, 2005. Filing 9.

Defendant's affidavit, filing 13, in support of its motion to serve subpoenas cites attempts by defendant to contact plaintiff's counsel for purposes of preparing the Rule 26 report, but that plaintiff's counsel did not respond to defendant's requests.

Fed. R. Civ. P. 26(f) states, "The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court . . . a written report outlining the plan."

     IT THEREFORE HEREBY IS ORDERED,

     Plaintiff's attorney is given twenty (20) days to show cause why she should not be cited for contempt or other sanctions, or to complete and file the report as required.

DATED this 20th day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge