IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3245 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLMAND BROS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to continue is granted and the Rule 26 telephone planning conference is continued from March 9 to March 17, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 24th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge