IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA JOHNSON, | ) | 4:05CV3245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALLMAND BROS., INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.  (Filing 10.)

I will deny the motion, without prejudice to later submission of a properly supported motion for summary judgment.

IT IS ORDERED that the motion to dismiss in filing 10 is denied, without prejudice to later submission of a properly supported claim for summary judgment.

March 3, 2006.              BY THE COURT:

                            *s/Richard G. Kopf*
                            United States District Judge