```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

RITA JOHNSON,                    )
                                 )
              Plaintiff,         )         4:05CV3245
                                 )
       v.                        )
                                 )
ALLMAND BROS,                    )           ORDER
                                 )
              Defendant.         )
                                 )
```

Counsel for the plaintiff has moved to withdraw, and states "it has become unreasonably difficult for the client and lawyer to work together" because the client will not respond to discovery requests or her counsel's calls or letters relating to progression of this case. Filing 28. I find the motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

1. Counsel's motion to withdraw, filing 28, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in her behalf; (2) file a motion in this court for the appointment of counsel, setting forth her present financial status, and the reasons she believes counsel should be appointed; or (3) indicate, by pleading, that she will proceed in this case without counsel. If none of these actions is taken within the next twenty days, this case will be subject to dismissal.

DATED this 5th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge